IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEVIN MCARTOR**                                                                                        **PLAINTIFF**

v.                                        Case No. 4:22-cv-01117 KGB

**BLANSETT ENTERPRISES, INC.**                                                          **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 3). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 9th day of January 2023.

_____
Kristine G. Baker
United States District Judge